DAVID D. COOKE (BAR NO. 94939)
TIMOTHY A. DOLAN (BAR NO. 209674)
EMILY L. KENNEDY (BAR NO. 223815)
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Telephone:  (415) 837-1515
Facsimile:  (415) 837-1516

Attorneys for Plaintiff and Counterdefendant
CALIFORNIA-AMERICAN WATER COMPANY

LEE N. SMITH (BAR NO. 138071)
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA 95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant and Counterclaimant
AMERIPRIDE SERVICES, INC.

JOHN S. POULOS (BAR NO. 154689)
PILLSBURY WINTHROP SHAW PITTMAN LLP
400 Capital Mall, Suite 1700
Sacramento, CA  95814
Tel: (916) 329-4700
Fax: (916) 441-3583

Attorneys for Defendant and Counterclaimant
PETROLANE INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-AMERICAN WATER COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>AMERIPRIDE SERVICES, INC., a Delaware corporation, et al.,<br><br>            Defendants. | Case No.  S-02-1479 LKK/JFM<br><br>(Related with Case No. S-00-113 and S-04-1494)<br><br>ORDER |

1
2
3    The Court, having considered the joint motion by plaintiff California-American Water
4 Company ("Cal-Am") and defendants AmeriPride Services, Inc. and Petrolane Incorporated
5 (collectively, the "Parties") and good cause appearing therefor, hereby orders:
6    1.    The Settlement Agreement between the Parties is approved.
7    2.    This approval of the Settlement Agreement and Order shall operate as a bar of
8 claims by any non-settling person or entity against any party to the Settlement Agreement for
9 contribution, or for partial or comparative equitable indemnity based on comparative negligence or
10 comparative fault, regarding matters addressed in the Settlement Agreement.
11    3.    Except for the bar of claims established in Paragraph 2, the Court has made no
12 determination as to the effect, if any, of the Settlement Agreement on the liability of non-settling
13 parties with respect to claims of Cal-Am asserted in this case or on the liability of non-settling
14 parties with respect to claims asserted in the related cases.
15
16    IT IS SO ORDERED
17
18 Dated: August 15, 2005         /s/Lawrence K. Karlton
                                  Hon. Lawrence K. Karlton
19                                United Stated District Judge
20
21
22
23
24
25
26
27
28

647655.01/SF

Case No.  S-02-1479 LKK/JFM
Order